No. 72–1698. IN RE PENN CENTRAL TRANSPORTATION Co. (BETHLEHEM STEEL CORP.). C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6574. BUMGARNER v. RAINES, ASSISTANT U. S. ATTORNEY. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6773. SHAVER v. SANDELL ET AL. Justice Ct., East Phoenix Precinct No. 2, Maricopa County, Ariz. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–81. Cox v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–102. WILLIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.